**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 353 EAL 2015
                                       :

             Respondent             :

                                         :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court

           v.                    :

KALEE HILL,                        :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.